UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −92)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,435 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 15, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

# IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−92 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

### CALIFORNIA CENTRAL

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~19−03588~~ | ~~City of El Monte et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| CAC | 5 | 19−00823 | Feather River Tribal Health, Inc. v. Purdue Pharma, L.P. et al | |

### CALIFORNIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~CAE~~ | ~~1~~ | ~~19−00557~~ | ~~County of Kern et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |

### CALIFORNIA NORTHERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~CAN~~ | ~~3~~ | ~~19−02320~~ | ~~City of Costa Mesa et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~3~~ | ~~19−02323~~ | ~~City of Irvine et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~3~~ | ~~19−02324~~ | ~~City of Santa Ana et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~3~~ | ~~19−02325~~ | ~~City of Westminster et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~3~~ | ~~19−02326~~ | ~~City of San Clemente et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~4~~ | ~~19−02307~~ | ~~County of Alameda, California et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |
| ~~CAN~~ | ~~4~~ | ~~19−02321~~ | ~~City of Fullerton et al v. Purdue Pharma L.P. et al~~ | Opposed 5/13/19 |

### MINNESOTA

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 19−01194 | Sibley County v. Purdue Pharma L.P. et al |
| MN | 0 | 19−01202 | McLeod County v. Purdue Pharma L.P. et al |

### VIRGINIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~VAE~~ | ~~1~~ | ~~19−00544~~ | ~~Fairfax County Board Of Supervisors v. Purdue Pharma, L.P. et al~~ | Opposed 5/14/19 |

### VIRGINIA WESTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~VAW~~ | ~~4~~ | ~~19−00021~~ | ~~Halifax County, Virginia v. Purdue Pharma, L.P. et al~~ | Opposed 5/14/19 |
| ~~VAW~~ | ~~6~~ | ~~19−00025~~ | ~~Rockbridge County, Virginia v. Purdue Pharma, L.P. et al~~ | Opposed 5/14/19 |

WISCONSIN WESTERN

WIW 3 19−00340 City of Superior v. Purdue Pharma, L.P. et al